LATHAM & WATKINS LLP
Michael H. Rubin (Bar No. 214636)
 *michael.rubin@lw.com*
Melanie M. Blunschi (Bar No. 234264)
 *melanie.blunschi@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Serrin Turner (*pro hac vice* to be filed)
 *serrin.turner@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

Tyce R. Walters (*pro hac vice* to be filed)
 *tyce.walters@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

*Attorneys for Defendants Gen Digital Inc. and Jumpshot Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GRACE LAU and CHRISTOPHER KARWOWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GEN DIGITAL INC. a corporation, and JUMPSHOT INC., a corporation,<br><br>Defendants. | No. 3:22-cv-08981-LJC<br><br>**DEFENDANTS GEN DIGITAL INC.'S AND JUMPSHOT INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**<br><br>Hon. Lisa J. Cisneros |

**FEDERAL RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned discloses and certifies on behalf of Defendant Gen Digital Inc. ("Gen Digital") as follows: Gen Digital is a public company, has no parent corporation, and no publicly traded corporation owns 10% or more of Gen Digital.

Pursuant to Federal Rule of Civil Procedure 7.1, on behalf of Defendant Jumpshot Inc. ("Jumpshot") as follows: Jumpshot is a non-operational, wholly owned, indirect subsidiary of Gen Digital which, as noted, is a publicly traded corporation.

Dated: January 11, 2023                    Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ Michael H. Rubin
LATHAM & WATKINS LLP
Michael H. Rubin (Bar No. 214636)
  michael.rubin@lw.com
Melanie M. Blunschi (Bar No. 234264)
  melanie.blunschi@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415 391.0600

Serrin Turner (pro hac vice to be filed)
  serrin.turner@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

Tyce R. Walters (pro hac vice to be filed)
  tyce.walters@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

*Attorneys for Defendants Gen Digital Inc. and Jumpshot Inc.*