LATHAM & WATKINS LLP
Michael H. Rubin (Bar No. 214636)
 michael.rubin@lw.com
Melanie M. Blunschi (Bar No. 234264)
 melanie.blunschi@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Serrin Turner (*pro hac vice* to be filed)
 serrin.turner@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

Tyce R. Walters (*pro hac vice* to be filed)
 tyce.walters@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

*Attorneys for Defendants Gen Digital Inc. and Jumpshot Inc.*

*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GRACE LAU and CHRISTOPHER KARWOWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GEN DIGITAL INC. a corporation, and JUMPSHOT INC., a corporation,<br><br>Defendants | No. 3:22-cv-08981-~~LJC~~ JST<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER SETTING BRIEFING SCHEDULE** |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Grace Lau and Christopher Karwoski ("Plaintiffs") and Defendants Gen Digital Inc. and Jumpshot Inc. (collectively "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this stipulation.

**WHEREAS**, on December 19, 2022, Plaintiffs filed their Class Action Complaint (Dkt. 1);

**WHEREAS**, the Plaintiffs served the summons and complaint on Defendants on December 23, 2022;

**WHEREAS**, Defendants' deadline to answer or otherwise respond to the Class Action Complaint is currently January 13, 2023;

**WHEREAS**, undersigned counsel for Defendants has only recently been engaged to represent Defendants in this matter;

**WHEREAS**, Defendants anticipate moving to dismiss the Class Action Complaint;

**WHEREAS**, counsel for the Parties have met and conferred regarding a briefing schedule for Defendants forthcoming motion to dismiss, taking into account the complexity of the case;

**WHEREAS**, the parties agree that extending the deadline for Defendants to answer or otherwise respond to the complaint and setting the briefing schedule set forth below will provide the parties sufficient time to brief the issues in dispute;

**WHEREAS**, this extension of time will not alter the date of any other event or deadline already fixed by Court order;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate, subject to Court approval, that the briefing schedule will be modified as follows:

1.   Defendants shall file their Motion to Dismiss on or before February 24, 2023.

2.   Plaintiffs shall file their opposition to Defendants' Motion to Dismiss on or before April 17, 2023.

1   3. Defendants shall file their Reply in Support of their Motion to Dismiss by May 17, 2023.

2   4. In the event the Court has not reviewed or ruled on this stipulation on or before the responsive pleading deadline of January 13, 2023, Plaintiffs will not seek default or move for default judgment on the basis that Defendants' responsive motion or pleading was not filed by that date.

Dated: January 11, 2023                Respectfully submitted,

                                       LATHAM & WATKINS LLP


                                       By */s/ Michael H. Rubin*
                                       Michael H. Rubin (Bar No. 214636)
                                         michael.rubin@lw.com
                                       Melanie M. Blunschi (Bar No. 234264)
                                         melanie.blunschi@lw.com
                                       505 Montgomery St., Suite 2000
                                       San Francisco, CA 94111
                                       Telephone: +1.415. 391.0600

                                       Serrin Turner (*pro hac vice* to be filed)
                                         serrin.turner@lw.com
                                       1271 Avenue of the Americas
                                       New York, NY 10020
                                       Telephone: +1.212.906.1200

                                       Tyce R. Walters (*pro hac* vice to be filed)
                                         tyce.walters@lw.com
                                       555 Eleventh Street, NW, Suite 1000
                                       Washington, D.C. 20004
                                       Telephone: +1.202.637.2200

                                       *Attorneys for Defendants Gen Digital Inc. and Jumpshot Inc.*

Dated: January 11, 2023                By */s/ Jonathan Rotter*
                                        Jonathan M. Rotter (State Bar No. 234137)
                                          jrotter@glancylaw.com
                                        David J. Stone  (State Bar No. 208961)
                                          dstone@glancylaw.com
                                        GLANCY PRONGAY & MURRAY LLP

1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150

Ekwan E. Rhow  (State Bar No. 174604)
 *erhow@birdmarella.com*
Marc E. Masters (State Bar No. 208375)
 *mmasters@birdmarella.com*
Oliver Rocos (State Bar No. 319059)
 *orocos@birdmarella.com*
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, Suite 2300
Los Angeles, CA 90067-2561
Telephone:  (310) 201-2100

Korey A. Nelson (*pro hac vice* to be filed)
 knelson@burnscharest.com
Amanda K. Klevorn (*pro hac vice* to be filed)
 aklevorn@burnscharest.com
Claire E. Bosarge (*pro hac vice* to be filed)
 cbosarge@burnscharest.com
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845

*Attorneys for Plaintiffs*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 13, 2023

_____
Honorable ~~Lisa J. Cisneros~~ Jon S. Tigar
UNITED STATES ~~MAGISTRATE~~ JUDGE
        DISTRICT

3

STIP. AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE
CASE NO. 3:22-cv-08981-~~LJC~~ JST