Ekwan E. Rhow - State Bar No. 174604
*erhow@birdmarella.com*
Marc E. Masters - State Bar No. 208375
*mmasters@birdmarella.com*
Christopher J. Lee - State Bar No. 322140
*clee@birdmarella.com*
BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100

Jonathan M. Rotter - State Bar No. 234137
*jrotter@glancylaw.com*
David J. Stone - State Bar No. 208961
*dstone@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150

Korey A. Nelson (admitted *pro hac vice*)
*knelson@burnscharest.com*
Amanda K. Klevorn (admitted *pro hac vice*)
*aklevorn@burnscharest.com*
Claire E. Bosarge (admitted *pro hac vice*)
*cbosarge@burnscharest.com*
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRACE LAU, CHRISTOPHER KARWOWSKI, MELODY KLEIN, MICHAEL MCBRIDE, and AIMEN HALIM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GEN DIGITAL INC., a corporation, and JUMPSHOT INC., a corporation,<br><br>Defendants. | CASE NO. 4:22-cv-08981-JST<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION (RE MOTION TO DISMISS, ECF 52)** |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs Grace Lau, Christopher Karwowski, Melody Klein, Michael McBride, and Aimen Halim submit this Statement of Recent Decision in connection with the currently pending Motion to Dismiss the First Amended Class Action Complaint (Dkt. No. 47) filed by Defendants (ECF 52). On February 22, 2024, the Federal Trade Commission ("FTC") announced a Decision and Order in *In the Matter of Avast Limited, a United Kingdom Limited Liability Company, Avast Software S.R.O., a Czech Republic Limited Liability Company, and Jumpshot, INC., a Delaware Company*, FTC Matter/File Number 2023033 (Feb. 22, 2024).[1] The Decision and Order, submitted as Exhibit A hereto, is also available at https://www.ftc.gov/legal-library/browse/cases-proceedings/2023033-avast, along with the related materials the FTC released for public viewing in connection with the Decision and Order.

DATED: February 23, 2024

Ekwan E. Rhow
Marc E. Masters
Christopher J. Lee
Bird, Marella, Rhow, Lincenberg, Drooks & Nessim LLP

By: */s/ Ekwan E. Rhow*

Attorneys for Plaintiffs

DATED: February 23, 2024

Jonathan M. Rotter
David J. Stone
Glancy Prongay & Murray LLP

By: */s/ Jonathan M. Rotter*

Attorneys for Plaintiffs

DATED: February 23, 2024

Korey A. Nelson
Amanda K. Klevorn
Claire E. Bosarge
Burns Charest LLP

By: */s/ Korey A. Nelson*

Attorneys for Plaintiffs

[1] The Avast entity respondents in the FTC matter are predecessors-in-interest to Defendant Gen Digital Inc. herein.

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On February 23, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 23, 2024.

/s/ *Jonathan M. Rotter*
Jonathan M. Rotter