Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
  mmasters@birdmarella.com
Christopher J. Lee - State Bar No. 322140
   clee@birdmarella.com
BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100

Jonathan M. Rotter - State Bar No. 234137
  jrotter@glancylaw.com
David J. Stone - State Bar No. 208961
  dstone@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
Email: info@glancylaw.com

Korey A. Nelson (admitted *pro hac vice*)
  knelson@burnscharest.com
Amanda K. Klevorn (admitted *pro hac vice*)
  aklevorn@burnscharest.com
Claire E. Bosarge (admitted *pro hac vice*)
  cbosarge@burnscharest.com
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845

*Attorneys for Plaintiffs Grace Lau and Christopher Karwowski*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRACE LAU and CHRISTOPHER KARWOWSKI, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>GEN DIGITAL INC., a corporation, and JUMPSHOT INC., a corporation,<br><br>        Defendants. | CASE NO. 4:22-cv-08981-RFL<br><br>Judge:   Hon. Rita F. Lin<br><br>**PLAINTIFFS' NOTICE OF LODGING RE AMENDED COMPLAINT REDLINE** |

**PLEASE TAKE NOTICE** that pursuant to the Court's Order dated February 27, 2024 (ECF No. 60), Plaintiffs Grace Lau, Christopher Karwowski, Melody Klein, Michael McBride, and Aimen Halim (collectively, "Plaintiffs"), by their undersigned attorneys, attach hereto as Exhibit 1 a redline version of their Amended Complaint (ECF No. 47).

DATED: February 28, 2024

Jonathan M. Rotter
David J. Stone
GLANCY PRONGAY & MURRAY LLP

By:     /s/ Jonathan M. Rotter

*Attorneys for Plaintiffs*

DATED: February 28, 2024

Ekwan E. Rhow
Marc E. Masters
Christopher J. Lee
BIRD, MARELLA, RHOW, LINCENBERG, DROOKES & NESSIM LLP

By:     /s/ Ekwan E. Rhow

*Attorneys for Plaintiffs*

DATED: February 28, 2024

Korey A. Nelson
Amanda K. Klevorn
Claire Bosarge Curwick
BURNS CHAREST LLP

By:     /s/ Korey A. Nelson

*Attorneys for Plaintiffs*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On February 28, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 28, 2024.

*/s/ Jonathan M. Rotter*
Jonathan M. Rotter