UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRACE LAU, et al.,

    Plaintiffs,

v.

GEN DIGITAL INC.,

    Defendant.

Case No. 22-cv-08981-RFL  (SK)

**NOTICE OF REFERRAL FOR DISCOVERY**

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Sallie Kim for discovery. The parties must comply with the Standing Order for Magistrate Judge Kim, which is available on the Court's website at http://www.cand.uscourts.gov/sk.

The parties are advised that the Court will only address discovery disputes that are presented by a joint letter brief in compliance with the Court's Standing Order after the parties have meet and conferred. Please contact the Courtroom Deputy Clerk Brenda Lopez at (415) 522-4158 with any questions.

The parties may brief the current dispute, Dkt. No. 97, as follows:

Third parties who received subpoenas at issue may file an opposition by September 6, 2024, not to exceed 15 pages each. Defendant may submit an opposition not to exceed five pages. There will be no reply and no hearing. The Court ORDERS Plaintiffs to serve a copy of this order on third parties who received subpoenas at issue by August 29, 2024.

**IT IS SO ORDERED**.

Dated: August 28, 2024

_____
SALLIE KIM
United States Magistrate Judge