Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
    mmasters@birdmarella.com
Christopher Jumin Lee - State Bar No. 322140
    clee@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Jonathan M. Rotter - State Bar No. 234137
    jrotter@glancylaw.com
David J. Stone - State Bar No. 208961
    dstone@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150

Korey A. Nelson (admitted *pro hac vice*)
    knelson@burnscharest.com
Amanda K. Klevorn (admitted *pro hac vice*)
    aklevorn@burnscharest.com
Claire E. Bosarge (admitted *pro hac vice*)
    cbosarge@burnscharest.com
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Telephone: (504) 799-2845

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GRACE LAU, CHRISTOPHER KARWOWSKI, MELODY KLEIN, MICHAEL MCBRIDE, and AIMEN HALIM, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>GEN DIGITAL INC. a corporation, and JUMPSHOT INC., a corporation,<br><br>    Defendants. | CASE NO. 3:22-cv-08981-RFL<br><br>**PLAINTIFFS' OBJECTIONS TO DECLARATION OF ISKANDER SANCHEZ ROLA IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45**<br><br>Assigned to Hon. Rita F. Lin<br>Courtroom 15 |

Plaintiffs Grace Lau, Christopher Karwowski, Melody Klein, Michael McBride and Aimen Halim (the "Plaintiffs") hereby object to the Declaration of Iskander Sanchez Rola in Opposition to Plaintiffs' Motion to Compel Compliance With Subpoenas Pursuant to Federal Rule of Civil Procedure 45.

| EVIDENCE | PLAINTIFFS' OBJECTIONS |
|---|---|
| **Paragraph 10:** This is not a valid inference. It is commonplace for the domain parameter to be specified for a cookie, so as to include subdomains of the specified domain. This is because websites frequently encompass multiple subdomains and some cookies may need to function across those subdomains. For example, Avast's website spans a number of subdomains, such as forum.avast.com, store.avast.com, and blog.avast.com, and some cookies are needed to work across those various domains. Defining the domain parameter for the cookies as "avast.com" helps to accomplish this. The fact that the cookies may also be sent to the URLite Service—which operates on the avast.com domain but is not part of Avast's website—is a byproduct of this setting. But there is no reason to conclude that it is an intended consequence. And in | **Paragraph 10:** Objection as irrelevant where declarant only claims that "some cookies" need to work across Avast's various domains. Declarant does not claim that all of the cookies for which Defendant set the domain attribute as avast.com are needed to work across Avast's various domains.<br><br>Objection on the grounds that declarant lacks foundation where the declaration does not identify any such cookies that "are needed to work across [Avast's] various domains."<br><br>Objection on the grounds that declarant lacks foundation where this paragraph fails to describe why the language preference setting cookie discussed in paragraph 12.b., which was shown in the Declaration of Atif Hashmi, Dkt. 97-2, Figure 3, would not need to work across Avast.com subdomains. |

| | |
|---|---|
| any event this consequence is insignificant if the URLite Service does not do anything with any cookies that might be appended to traffic that is sent to it. | |
| **Paragraph 11:** Second, the Hashmi Declaration also suggests that the cookies used by Avast have been "reconfigured" recently so that they no longer specify the domain parameter and therefore are "no longer sent to … Avast's subdomains, including urlite.ff.avast.com." *Id.* ¶ 10. The proof asserted for this is a comparison of a cookie that Mr. Hashmi observed Avast setting on his browser in May 2024 versus a cookie that he observed Avast setting on his browser in August 2024: The first cookie included a defined domain parameter whereas the second did not. *See id.* ¶¶ 8-10.  However, the two cookies referenced are entirely different cookies, as can be seen from the screenshots of the two cookies Mr. Hashmi provides—which contain entirely different data. *Compare* Hashmi Decl. Fig. 2 *with id.* Fig. 3.  The fact that the domain parameter is specified in one cookie but not the other only indicates that some cookies used by Avast | **Paragraph 11:** Objection on the grounds that declarant lacks foundation in his role as Director of Innovation to testify directly about whether the domain parameter has changed.  The declaration does not expound on declarant's roles and responsibilities as Director of Innovation for Defendant, and does not explain whether the Director of Innovation for Defendant has any insight into or control over Avast's code that sets domain parameters. |

| | |
|---|---|
| need to work across the various subdomains constituting the Avast website, and some do not.  The difference in the two cookies does not indicate that there has been any recent change in Avast's practices. | |

DATED:  September 9, 2024

Ekwan E. Rhow
Marc E. Masters
Christopher Jumin Lee
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: */s/ Ekwan E. Rhow*
Ekwan E. Rhow
Attorneys for Plaintiffs

## PROOF OF SERVICE

*Lau, et al. v. Gen Digital Inc., et al.*
Case No. 3:22-cv-08981-RFL

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067-2561.

On September 9, 2024September 9, 2024, I served the following document(s) described as **PLAINTIFFS' OBJECTIONS TO DECLARATION OF ISKANDER SANCHEZ ROLA IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address jhan-dressor@birdmarella.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 9, 2024, at Los Angeles, California.

Joannie U. Han-Dressor

# SERVICE LIST
*Lau, et al. v. Gen Digital Inc., et al.*
Case No. 3:22-cv-08981-RFL

Michael H. Rubin
Melanie M. Blunschi
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 395-8154
Email: michael.rubin@lw.com
Email: melanie.blunschi@lw.com
**Counsel for Defendants Gen Digital Inc. and Jumpshot Inc.**

Serrin Turner
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1330
Email: serrin.turner@lw.com
**Counsel for Defendants Gen Digital Inc. and Jumpshot Inc.**

Korey A. Nelson
Amanda K. Klevorn
Claire E. Bosarge
Amanda K. Klevorn
Logan B. Fontenot
Burns Charest LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Telephone: (504) 799-2845
Email: knelson@burnscharest.com
Email: aklevorn@burnscharest.com
Email: cbosarge@burnscharest.com
Email: aklevorn@burnscharest.com
Email: lfontenot@burnscharest.com
**Counsel for Plaintiffs Grace Lau and Christopher Karwowski**

Margaret Allison Upshaw
Tyce Randall Walters
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2385
Email: maggie.upshaw@lw.com
Email: tyce.walters@lw.com
**Counsel for Defendants Gen Digital Inc. and Jumpshot Inc.**

Jonathan M. Rotter
David J. Stone
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
Email: jrotter@glancylaw.com
Email: dstone@glancylaw.com
**Counsel for Plaintiffs**

Holly K. Nye
Glancy Prongay &amp
Murray LLP
Telephone: (888) 773-9224
Email: hnye@glancylaw.com
**Counsel for Plaintiffs Grace Lau, Aimen Halim, Christopher Karwowski, Melody Klein, and Michael McBride**