UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER KARWOWSKI, et al.,

Plaintiffs,

v.

GEN DIGITAL INC., et al.,

Defendants.

Case No. 22-cv-08981-RFL (SK)

**ORDER ON DISCOVERY DISPUTE**

Regarding Docket No. 116

Now before the Court is the discovery letter brief filed by Plaintiffs and Defendant regarding source code. On September 26, 2024, only 11 days before the close of factual discovery (October 7, 2024), Plaintiffs sought an order from the Court for Defendants to allow Plaintiffs to inspect "AOSP's and Avast's current and historical server- and database-side source code." (Dkt. No. 116.) Defendants argue that they have already produced the relevant source code and that Plaintiffs' request for all of Avast's source code is unlimited in scope and seeks irrelevant information that is also highly sensitive to Defendants. Defendants also point out that Plaintiffs' request is vague in seeking every database and server that Avast uses and that the production is overly burdensome. In essence, Plaintiffs argue that they need to review "the entirety" of the source code because the source code that Defendants produced did not prove their case. The Court finds this argument, in stark contrast to the declarations submitted by Defendants (Dkt. Nos. 106, 107) that explain why Plaintiffs' theory is not valid, is not convincing. The Court finds that requiring Defendants to produce the "entirety" of Avast's source code, with no coherent explanation of the need for it, is not justified because the burden to Defendants and the threat to their confidential information outweighs its probative value to Plaintiffs. Here, even though there is a protective order in place to protect the confidentiality of Defendants' source code, the Court finds that the request is overly burdensome, especially given the late date that Plaintiffs made this

United States District Court
Northern District of California

United States District Court
Northern District of California

request, compared to the minimal relevance.

For this reason, the Court DENIES Plaintiffs' request.

**IT IS SO ORDERED**.

Dated: October 8, 2024

SALLIE KIM
United States Magistrate Judge