UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER KARWOWSKI, et al.,

Plaintiffs,

v.

GEN DIGITAL INC., et al.,

Defendants.

Case No. 22-cv-08981-RFL

**ORDER DENYING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

Re: Dkt. No. 129

The Court has reviewed Plaintiffs' motion for relief from Magistrate Judge Sallie Kim's order denying Plaintiffs' motion to compel compliance with subpoenas, Judge Kim's order (Dkt. No. 120 ("the Order"), the associated briefing and evidence concerning the motion to compel, and the docket generally. The motion for relief is **DENIED**, as the Order is neither clearly erroneous nor contrary to law.

The First Amended Complaint alleges, "AOSP uses approximately forty-five third-party advertising cookies designed to transmit the intercepted, collected, and stored data on its servers to numerous third-party advertising partners…. Through these cookies, private data intercepted, collected, and stored by AOSP … was and is provided for use by these third parties for targeted advertising, to the financial benefit of Defendants." (FAC ¶ 80.) Although Plaintiffs were entitled to seek discovery from third parties to determine the accuracy of Defendants' denial that it engaged in that conduct, the Order correctly determined that Plaintiffs did not satisfy the requirements for their motion to compel compliance with the subpoenas to Adobe and Meta.

Adobe responded to Plaintiffs' discovery request by stating that "Adobe received no Data from [Defendants] connected to AOSP and therefore has no materials responsive to the

requests." (Dkt. 111-1 at ¶ 8.) Although Plaintiffs assert that this response must be false based on the use of Adobe cookies on Defendants' website, Adobe represents that the data from those cookies involve a separate web analytics service that Adobe provides the Defendants unrelated to AOSP, that the cookie data remains in Defendants' control, and that it is used to analyze data for Defendants' own website to better understand how their website is used to improve visitors' experiences. (*Id.* ¶¶ 10-11.) Accordingly, Adobe argues that the cookie data has no relation to Plaintiffs' allegation that their private data collected by AOSP is used by Adobe or other third parties for targeted advertising. Plaintiffs provide no evidence from which the Court could infer that Adobe's response to the discovery request was false. Plaintiffs' motion to compel was properly denied as to Adobe.

With respect to Meta, the Order found that Meta and Plaintiffs had a back-and-forth in which Meta told Plaintiffs it could not search for the requested data without more information and Plaintiffs did not provide the necessary information but instead moved to compel. Plaintiffs' motion for relief does not contest that conclusion in the Order. Plaintiffs' motion to compel was properly denied as to Meta.

**IT IS SO ORDERED.**

Dated: October 17, 2024

RITA F. LIN
United States District Judge