UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KARWOWSKI, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GEN DIGITAL INC., et al.,<br><br>    Defendants. | Case No. 22-cv-08981-RFL<br><br>**JUDGMENT IN A CIVIL CASE** |

  Pursuant to the Court's order granting Plaintiffs' motion for voluntary dismissal (Dkt. No. 137), judgment is entered in favor of Defendant, and against Plaintiffs.

Dated: October 23, 2024

                     Mark B. Busby
                     Clerk, United States District Court

                     By: _____

                     Melinda K. Lock, Deputy Clerk to
                     the Honorable Rita F. Lin