Jonathan M. Rotter (#234137)
  jrotter@glancylaw.com
David J. Stone (#208961)
  dstone@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
  mmasters@birdmarella.com
BIRD, MARELLA, RHOW, LINCENBERG,
DROOKS & NESSIM, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Korey A. Nelson (admitted pro hac)
  knelson@burnscharest.com
Amanda K. Klevorn (admitted pro hac)
  aklevorn@burnscharest.com
Claire Bosarge Curwick (admitted pro hac)
  ccurwick@burnscharest.com
Logan B. Fontenot (admitted pro hac)
  lfontenot@burnscharest.com
BURNS CHAREST LLP
201 St. Charles Avenue, Suite 2900
New Orleans, LA 70170
Telephone: (504) 799-2845
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTOPHER KARWOWSKI, MELODY KLEIN, MICHAEL MCBRIDE, and AIMEN HALIM, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>GEN DIGITAL INC., et al.,<br><br>Defendants. | CASE NO. 3:22-cv-08981-RFL<br><br>**NOTICE OF FILING OF UNREDACTED VERSIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANT GEN DIGITAL'S MOTION FOR ATTORNEYS' FEES AND DECLARATION OF ATIF HASHMI IN SUPPORT THEREOF**<br><br>**Judge:** Hon. Rita F. Lin<br>**Magistrate Judge:** Hon. Sallie Kim |

Plaintiffs Christopher Karwowski, Melody Klein, Michael McBride, and Aimen Halim (collectively, "Plaintiffs"), through undersigned counsel, hereby file an unredacted version of Plaintiffs' Opposition to Defendant Gen Digital's Motion for Attorneys' Fees (the "Unredacted Opposition"), attached as **Exhibit A**, and an unredacted version of the Declaration of Atif Hashmi in Support of Plaintiffs' Opposition to Defendant Gen Digital's Motion for Attorneys' Fees (the "Unredacted Declaration"), attached as **Exhibit B**, in compliance with the Court's February 3, 2025 minute entry (ECF No. 157).

Respectfully submitted,

DATED: February 10, 2025

Ekwan E. Rhow
Marc E. Masters
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By:  /s/ Ekwan E. Rhow
Ekwan E. Rhow
Attorneys for Plaintiffs

DATED: February 10, 2025

Jonathan M. Rotter
David J. Stone
GLANCY PRONGAY & MURRAY LLP

By:  /s/ Jonathan M. Rotter
Jonathan M. Rotter
Attorneys for Plaintiffs

DATED: February 10, 2025

Korey A. Nelson
Amanda K. Klevorn
Claire Bosarge Curwick
Logan B. Fontenot
BURNS CHAREST LLP

By:     */s/ Korey A. Nelson*
        Korey A. Nelson
        Attorneys for Plaintiffs

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On February 10, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 10, 2025.

                                              */s/ Korey A. Nelson*
                                              Korey A. Nelson

4

Case No. 3:22-cv-08981-RFL-SK
NOTICE OF FILING UNREDACTED VERSIONS OF PLAINTIFFS' OPPOSITION
AND DECLARATION IN SUPPORT THEREOF